IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Israel X,

Plaintiff, a natural person,

v.

The United States,

Defendant.

Case No.: _____

Judge: _____

COMPLAINT

(Verified Under 28 U.S.C. § 1746)

TABLE OF CONTENTS

Jurisdiction

Parties

Statement of the Case

Facts

Claims for Relief

Damages

Prayer for Relief

Verification

Exhibits A–D

Affidavit of Truth

Certificate of Service

1. JURISDICTION

This Court has jurisdiction under:

28 U.S.C. § 1491(a)(1) (Tucker Act – money-mandating claims)

28 U.S.C. § 1362 (claims arising from treaties and federal obligations toward persons of Indian descent)

Treaty of Greenville, 1795 (recognized treaty obligations that are money-mandating)

Federal Indian trust responsibility doctrine

5th Amendment Takings Clause

2. PARTIES

Plaintiff

Israel X is a natural person bringing this action in his individual capacity.

Defendant

The United States, acting through its agencies, departments, officers, and fiduciary entities.

3. STATEMENT OF THE CASE

Plaintiff asserts claims under treaty, trust, and statutory federal obligations arising from historic tribal affiliation and federally protected rights.

Plaintiff alleges that federal agencies failed to process, honor, or provide access to federally mandated benefits, rights, and obligations owed to persons of Indian descent.

Plaintiff suffered economic harm, deprivation of opportunities, and injury actionable under the Tucker Act.

4. FACTS

Plaintiff descends from tribal peoples historically included under the Treaty of Greenville (1795).

Federal agencies administer programs, funds, and protections tied to treaty obligations and federal trust duties.

Plaintiff sought access to such federally mandated processes and was denied without due process or lawful justification.

The United States maintains a trust obligation to protect treaty-based rights and opportunities for eligible descendants.

Plaintiff experienced loss of revenue opportunities, access to programs, and procedural harm.

## 5. CLAIMS FOR RELIEF

Count 1 — Breach of Federal Trust Responsibility

(25 U.S.C. § 177; 25 U.S.C. § 5301)

Count 2 — Treaty Violations

(Treaty of Greenville (1795))

Count 3 — Fifth Amendment Taking

Count 4 — Statutory Money-Mandating Violations

(Titles 12, 25, 42 U.S.C., and related implementing regulations)

## 6. DAMAGES

Plaintiff seeks:

$1,000,000.00 compensatory damages

(or such amount as proved at trial)

7. PRAYER FOR RELIEF

Plaintiff respectfully requests:

Judgment in the amount of $1,000,000.00

Costs as allowed

Any further relief the Court deems proper

8. VERIFICATION – 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 13, 2025_____.

/s/ Israel X

Plaintiff, a natural person